1  Daniel F. Fears, Bar No. 110573
   E-Mail: dff@paynefears.com
2  Laura Fleming, Bar No. 219287
   E-Mail: lf@paynefears.com
3  PAYNE & FEARS LLP
   4 Park Plaza, Suite 1100
4  Irvine, CA 92614
   Telephone: (949) 851-1100
5  Facsimile: (949) 851-1212

6  Attorneys for Defendants
   AMERICAN MEDICAL RESPONSE AMBULANCE
7  SERVICE, INC., and DAVID SCHIERMAN



## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ROMERO, an individual<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC., A DELAWARE CORPORATION; DAVID SCHIERMAN, AN INDIVIDUAL; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. CV09-8928 AHM (JEMx)<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff Timothy Romero ("Romero") and Defendants American Medical Response Ambulance Service, Inc., and David Schierman, through their counsel of record, that all claims for relief in the above-captioned action brought by Romero be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear their own costs and attorneys' fees.

IT IS SO ORDERED
Dated: JUN 10 2010

_[signature]_
United States District Judge

1

```
 1   DATED:              , 2010      LAW OFFICES OF MICHAEL L. TRACY
 2
 3                                   By:_____
                                           MICHAEL L. TRACY, ESQ.
 4                                         MEGAN ROSS HUTCHINS, ESQ.
 5                                   Attorneys for Plaintiff
                                     TIMOTHY ROMERO
 6
     DATED: June 9, 2010             PAYNE & FEARS LLP
 7
 8
                                     By:  /s/Laura Fleming
 9                                         DANIEL F. FEARS, ESQ.
                                           LAURA FLEMING, ESQ.
10
                                     Attorneys for Defendants
11                                   AMERICAN MEDICAL RESPONSE AMBULANCE
                                     SERVICE, INC., and DAVID SCHIERMAN
12
13   4827-1206-8101.1
```

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614
(949) 851-1100

2

1 | DATED: 5-26, 2010    LAW OFFICES OF MICHAEL L. TRACY

By: _____
MICHAEL L. TRACY, ESQ.
MEGAN ROSS HUTCHINS, ESQ.

Attorneys for Plaintiff
TIMOTHY ROMERO

DATED: _____, 2010    PAYNE & FEARS LLP

By: _____
DANIEL F. FEARS, ESQ.
LAURA FLEMING, ESQ.

Attorneys for Defendants
AMERICAN MEDICAL RESPONSE AMBULANCE
SERVICE, INC., and DAVID SCHIERMAN

4827-1206-8101.1

2